```
                                              FILED
                                              April 27, 2012
        UNITED STATES DISTRICT COURT          CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
    FOR THE EASTERN DISTRICT OF CALIFORNIA    CALIFORNIA
                                              DEPUTY CLERK
```

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:12-mj-00102 GGH |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| ANDRE CAWTHORNE, | ) | |
| | ) | |
| Defendant. | ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Andre Cawthorne</u>; Case <u>2:12-mj-00102 GGH</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    <u>X</u>    Unsecured Appearance Bond in the amount of <u>$50,000.00</u>; co-signed by Tina Sherel

    \_    Appearance Bond with 10% Deposit

    \_    Appearance Bond secured by Real Property

    \_    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at <u>Sacramento, CA</u> on <u>4/27/2012</u> at 3:30 pm

By _____
Kendall J. Newman
United States Magistrate Judge